

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**; Schlumberger, N.V. A/K/A
Schlumberger Limited; and Jose Salazar, Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Counsel for appellees filed a "Motion for Leave to Correct Incorrect Entry of Appearance" and an "Amended Entry of Appearance." In the motion, counsel advised that her initial notice of appearance incorrectly stated she is counsel for Rig Relocators. According to counsel, this entity is not a party to this appeal. Accordingly, we **GRANT** appellees' motion. The court's case management system will be updated as necessary.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court